No. M–57. KING v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION;

No. M–58. QUESADA v. UNITED STATES; and

No. M–59. CORNELL v. MAASS, SUPERINTENDENT, OREGON STATE PENITENTIARY. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 95–1521. UNITED STATES DEPARTMENT OF STATE, BUREAU OF CONSULAR AFFAIRS, ET AL. v. LEGAL ASSISTANCE FOR VIETNAMESE ASYLUM SEEKERS, INC., ET AL., ante, p. 1. Motion of respondents Legal Assistance for Vietnamese Asylum Seekers, Inc., et al. to be relieved from taxation of costs granted.

No. 96–454. ASSOCIATES COMMERCIAL CORP. v. RASH ET UX. C. A. 5th Cir. [Certiorari granted, ante, p. 1086.] Respondents' suggestion of mootness rejected.

No. 96–667. UNITED STATES v. HYDE. C. A. 9th Cir. [Certiorari granted, ante, p. 1086.] Motion for appointment of counsel granted, and it is ordered that Jonathan D. Soglin, Esq., of Oakland, Cal., be appointed to serve as counsel for respondent in this case.

No. 96–776. BOARD OF EDUCATION OF THE ENLARGED CITY SCHOOL DISTRICT OF THE CITY OF WATERVLIET, NEW YORK v. RUSSMAN, CHILD WITH DISABILITIES, BY HER PARENTS, RUSSMAN ET VIR. C. A. 2d Cir. Motion of National School Boards Association for leave to file a brief as amicus curiae granted.

No. 96–827. CRAWFORD-EL v. BRITTON. C. A. D. C. Cir.; and

No. 96–896. JEFFERSON COUNTY, ALABAMA v. ACKER ET AL. C. A. 11th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 96–5955. RICHARDS v. WISCONSIN. Sup. Ct. Wis. [Certiorari granted, ante, p. 1052.] Motion for appointment of counsel granted, and it is ordered that David R. Karpe, Esq., of Madison, Wis., be appointed to serve as counsel for petitioner in this case.

No. 96–6133. BRACY v. GRAMLEY, WARDEN. C. A. 7th Cir. [Certiorari granted, ante, p. 1074.] Motion for appointment of counsel granted, and it is ordered that Gilbert H. Levy, Esq., of Seattle, Wash., be appointed to serve as counsel for petitioner in this case.